# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. 16-04184PO-001-PCT-DMF |
| Plaintiff, | **REPORT AND ORDER TERMINATING UNSUPERVISED PROBATION PRIOR TO ORIGINAL EXPIRATION DATE** |
| V | |
| Horacio Pineda | |
| Defendant. | |

On August 10, 2016, the above named was placed on unsupervised probation for a period of twelve months. Pineda has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Horacio Pineda be discharged from supervision.

Respectfully submitted,

_____
J. Todd Davison
Supervisory U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that Horacio Pineda be discharged from supervision and that the proceedings in the case be terminated.

_____     12/14/16
The Honorable Deborah M. Fine           Date
U.S. Magistrate Judge